## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: _LARRy Darnell Breeden_

Inmate Number _2013 - 004709_

Prison or Jail: _BCJO Jail facility_

Mailing address: _5700 STAR LANE_
_PANAMA City, FL_
_32404_

5:13cv376-RS/GRJ

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>**every**</u> Defendant:

(1)   Defendant's name: _NUANEZ_
       Official position: _Corporal_
       Employed at: _Bay County Sai_
       Mailing address: _5700 Star Lane_
       _Panama City, Fl 32404_

(2)   Defendant's name: _RilK ANglin_
       Official position: _WarDen_
       Employed at: _Bay County Jail_
       Mailing address: _Panama City Fl 32404_
       _5700 Star Lane_

(3)   Defendant's name: _FRANK McKeithen_
       Official position: _Bay County Sheriff_
       Employed at: _BC Sheriff office_
       Mailing address: _Hywy M_
       _Lynn Haven Pkway_

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

## III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes( )             No(✗)

1.  Parties to previous action:
    (a)  Plaintiff(s): _____
    (b)  Defendant(s): _____

2.  Name of judge: _____  Case #: _____

3.  County and judicial circuit: _____

4.  Approximate filing date: _____

5.  If not still pending, date of dismissal: _____

6.  Reason for dismissal: _____

7.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

    Yes( )             No(✗)

1.  Parties to previous action:
    a.  Plaintiff(s): _____
    b.  Defendant(s): _____

2.  District and judicial division: _____

3.  Name of judge: _____  Case #: _____

4.  Approximate filing date: _____

5.  If not still pending, date of dismissal: _____

6.  Reason for dismissal: _____

3

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(   )                              No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(   )                              No(X)

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____   Case Docket # _____

4.   Approximate filing date: _____   Dismissal date: _____

5.   Reason for dismissal: _____

4

6.   Facts and claims of case: _Attached Sheets_

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

Facts surrounding case first submitted
to County commissioner Mike Nelson who
in turn bring the matter to the attention
of Frank McKeithen.

I along with the Sheriff bring the
matter to the attention of the Warden
Rick Anglen which lead to an interview
by jail investigator.

Mark Dufresne put the investigation
on permanent hold without no
apparent legit reason or notification.

As followed is a detailed summary
in which jail never took appropriate
actions to resolve after numerous
request on my behalf and NAACP
and ACLU request for response.

5

Part (1)

## BAY COUNTY SHERIFF'S OFFICE

INformal **JAIL FACILITY** GRIEVANCE

### INMATE REQUEST FORM

**TO:** INFORMAL GRIEVANCE Pt. 1

**DATE:**

**FROM (INMATE NAME):** LARRY D. BOWDEN

**BOOKING #:** 2013-004709 **HOUSING LOCATION:** A2 #3

**REQUEST:** NARRATIVE Of INCIDENT COMPLAINT:

On the MORNING of 7-26-13 during 2nd OR after shift change master count Corporal NUANEZ Radioed officer's control station for my Name, Room bunk be added to Lock down for failure to make bed up late, for duration of day shift (7AM to 6pm)

DURING first chow (lunch 11 AM) I Noticed bag lunches being passed out to inmates. I informed Ms. Homer by cell intercom that I hadn't received a lunch bag she implied she would pass it on. To No avail did my Request materialize. During 1:30 count Crp Nuanez tells me he will double-up and make-up for it later.

Last meal was being served at 5pm Corporal NUANEZ unlocks my cell door and informs me if my bunk isn't prep to Rule specifications I would not be received a meal for dinner as well, he left and did't Return, the shift ended and I was deliberatly denied meals for the entire shift of that work day.

*ALL REQUESTS WILL BE HANDLED IN ONE OF THE FOLLOWING WAYS: 1) WRITTEN INFORMATION*
*2) PERSONAL INTERVIEW*

_____ DO NOT WRITE BELOW THIS LINE Request 3 copies for rec.

**RESPONSE:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**OFFICIAL SIGNATURE:** _____ **TITLE:** _____

**Property of BAY COUNTY SHERIFF'S OFFICE DETENTION FACILITY**

Informal Grievance - Part 1  (page 2 of 2)

Next shift begins at 6 pm that after
noon with entire inmate lock-down for
head count which lasted that evening to about
7:45.
Corporal McDonald was shift supervison
Relewing Corp. Nuanez. Corporal McDonald came
to my cell about 8:30 and informs me that
he do have food left over in the officers station
if I'm hungry (who passed this information on
to him during his shift that I hadn't had a
meal(s) for the day, I have no idea).
I politely thanked him for his concern
and Refused his offer, on grounds of knowing
if it was left from previous meal, it's cold and
contaminated, not fitten for human consumption.
Ms. Homer did state when informed that
she wasn't authorized by her supervisor (Corp Nunez
to release me from my cell for either chow
period lunch nor dinner, and so she didn't.
I was kept in seclusion for over 12 hours
(7 Am to 8:30) neglected and deliberthly denied
any meal by this staff, violationing not only my
civil Rights as a person and Human Rights for
such unprofessional, nonjustification behevior
on this officer's part.
I'm a 58 year old blk male living with sickle-cell
anemia and being denied meals as a innocent citizen held
here against my will, my family has already endured the lost
of a young juvenile at the hands of your facility (Boot champ)
in the past. I will be foward this complaint to
County Commission/mike nelson as Requested for Records.
Sincerly  Cary D Brute

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

*Courts discretion for peralety by law*

_____

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_11/7/2013_
(Date)

_[signature]_
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the _7_ day of _Nov_ , 20_13_

_[signature]_
(Signature of Plaintiff)

Revised 03/07

7

**BOARD OF COUNTY COMMISSIONERS**
840 West 11th Street
Panama City, Florida 32401
Telephone: (850) 248-8140
Fax: (850) 248-8153

**BOARD OF COUNTY COMMISSIONERS**

www.baycountyfl.gov

August 13, 2013

Larry Bowden
Inmate # 2013-004709
BCSO – Jail Facility
5700 Star Lane
Panama City, Fl 32404

POST OFFICE BOX 1818
PANAMA CITY, FL 32402

Dear Mr. Bowden:

I'm in receipt of you letter regarding Corporal Nuanez. I understand your concerns and I will forward a copy to Sheriff McKeithen. The Sheriff oversees the daily operation of the jail and the employees.

Thank you for contacting me.

Sincerely,

Mike Nelson
County Commissioner, Dist. I

cc:      **Sheriff McKeithen**

COMMISSIONERS:

MIKE NELSON
DISTRICT I

GEORGE B. GAINER
DISTRICT II

WILLIAM T. DOZIER
DISTRICT III

GUY M. TUNNELL
DISTRICT IV

MIKE THOMAS
DISTRICT V

EDWIN L. SMITH
COUNTY MANAGER

# BAY COUNTY SHERIFF'S OFFICE
# JAIL FACILITY

## INMATE REQUEST FORM

TO: (Warden) Rick Anglin

DATE: 8/30/2013

FROM ( INMATE NAME ): Larry D Bowden

BOOKING # : 2013-004709     HOUSING LOCATION: A2 #32

REQUEST: Sir I have a pending or under review grievance on the desk of your jail investagor for over 30 days now, concerning Corp Nuanez and violation of Civil Rights along with 2 staff witness and 2 inmates. Every one so far has been interview in the care, Sir what will the input of your actions concerning the Results of the final decision of actions taken (if any) to Resolve the complaint on Officer?

**Do Not Write Below This Line ! !  ALL REQUEST WILL BE HANDLED BY :**

1) **WRITTEN INFORMATION**      **OR**      2) **PERSONAL INTERVIEW**

RESPONSE: _____

THERE IS AN ACTIVE INVESTIGATION CONCERNING YOUR ALLEGATIONS.

OFFICIAL SIGNATURE: _____ TITLE: 9/3/13

**Property of  BAY COUNTY SHERIFF'S OFFICE DETENTION FACILITY**

# BAY COUNTY SHERIFF'S OFFICE
# JAIL FACILITY

## INMATE REQUEST FORM

**TO:** Mark Dufresne (Jail Invest.)

**DATE:** Sept 3, 13

**FROM (INMATE NAME):** Larry D Bowden

**BOOKING #** 2013-004709  **HOUSING LOCATION:** A2#3

**REQUEST:** Comm. Nelson showed interest thru a family member as to the development of my complaint thru your office, my response back where you informed me thru a request that your office dont have a time limit to resolve this issue. You stated also your office is handling this issue & others Sgt have been sent to interview me as well and rendered their own decisions concerning this case. Last time You Will hear from me. This aint going away or wind up in your shredder.

**RESPONSE:** Sgt Schomer came and talked to you as a result of your complaint & then provided a written statement from Corp Nause. My Inv is separate and is almost finished.

**OFFICIAL SIGNATURE:** M. Duf  **TITLE:** Inv.

**Property of BAY COUNTY SHERIFF'S OFFICE JAIL FACILITY**
Do Not Alter or Revise this form. 4-15-11

LEGAL
mail

Larry Bowden #2013-004109
BCDD jail facility
5700 star Lane
Panama City, Fl 32404

32401:2739

United States District Court
Northern District of Florida
Office of the Clerk
30 West Government St.
Panama City, Fla 32401

US POSTAGE ›› PITNEY BOWES

ZIP 32404
02 1W
0001371023 NOV 06 2013
$ 000.86⁰

OUTGOING INDIGENT MAIL