IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LARRY D. BOWDEN,

     Plaintiff,

v.                                    CASE NO. 5:13-cv-376-RS-GRJ

CORPORAL NUANEZ, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

     This matter is before the Court on Doc. 14, mail addressed to Plaintiff which was returned as undeliverable.  The mail was returned with a notation that Plaintiff was released from the Bay County Jail Facility on March 19, 2014.  The mail that was returned was a copy of Doc. 13, a Court Order giving Plaintiff a final opportunity to amend his complaint and pay the required initial partial filing fee of $8.33.  Plaintiff had previously been given multiple opportunities to amend his complaint and pay the fee, but had failed to do so.  (Docs. 4, 10, 11, 13.)

     Because Plaintiff has apparently been released from jail, and has not sent the Court a notice of his change of address, this case is due to be dismissed for failure to comply with an order of the court, failure to file an amended complaint, and failure to submit the required initial partial filing fee.

     Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for

failure to prosecute and that all pending motions be terminated and the case closed.

**IN CHAMBERS**, at Gainesville, Florida, this 1st day of April 2014.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.