# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LARRY D. BOWDEN,**

    **Plaintiff,**

**v.**                                    **CASE NO. 5:13-cv-376-RS-GRJ**

**CORPORAL NUANEZ, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). No objections were filed. The Magistrate Judge's Report and Recommendation was returned to the Clerk as undeliverable (Doc. 16). I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on May 1, 2014.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**